JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
JORGE "COCO" PADILLA
Nevada Bar No. 16295
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
 *JDunn@GGTrialLaw.com*
 *MHale@GGTrialLaw.com*
 *JPadilla@GGTrialLaw.com*

Attorneys for Plaintiff
Joseph Cebada

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH CEBADA, an individual,<br><br>Plaintiff<br><br>v.<br><br>SMART & FINAL STORES LLC, a California limited liability company,<br><br>Defendant | Case No.: 2:26-cv-01426-CDS-MDC<br><br>**Stipulation and Order to Stay Case Pending Arbitration**<br><br>[ECF No. 7] |

   **IT IS HEREBY STIPULATED AND AGREED** by the parties' counsel of record that this litigation be stayed as the parties have agreed to resolve their dispute through arbitration pursuant to the arbitration agreement between them.

   It is hereby stipulated by and between the parties and ORDERED as follows:

   1.   The instant action, in its entirety, shall be stayed and submitted to binding arbitration pursuant to the terms of the Mutual Arbitration Agreement;

   3.   Nothing in this Stipulation shall serve as a waiver of Plaintiff's claims or

STIPULATION AND ORDER TO STAY CASE PENDING ARBITRATION

Defendant's defenses; and

4.      Each party shall bear its own fees and costs before this Court as of this date.

**IT IS SO STIPULATED.**

DATED: May 29, 2026.

**GREENBERG GROSS LLP**                    **SIMONS HALL JOHNSON PC**

*/s/ Coco Padilla*                                    */s/ Anthony L. Hall*
Jemma E. Dun (SBN 16229)                  Anthony L. Hall (SBN 5977)
Matthew T. Hale (SBN 16880)               690 Sierra Rose Dr.,
Jorge "Coco" Padilla (SBN 16295)          Reno, NV 89511
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
                                                        *Attorney for Defendant*
*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED.** The matter of *Joseph Cebada v. Smart & Final Stores, LLC* is stayed pending arbitration. The parties must filed a joint status report addressing the progress of arbitration no later than September 4, 2026. A joint status report must be filed every three months thereafter until the conclusion of the arbitration proceedings.

IT IS FURTHER ORDERED that the parties must file a joint report within seven days of the conclusion of the arbitration proceedings. The joint report must advise the court whether the stay can be lifted and whether this case can be dismissed.

_____
Cristina D. Silva
United States District Judge

Dated: June 5, 2026

STIPULATION AND ORDER TO STAY CASE PENDING ARBITRATION